UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JULIA M. EVANS,

    Plaintiff,

v.

TOLEDO FINANCE
CORPORATION,

    Defendant.

No. 6:20-CV-116-H

## ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL

The Court has reviewed the plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 10) and finds that dismissal should be granted. It is therefore ordered that all claims brought by Evans in this matter are dismissed with prejudice. The Clerk of Court is directed to close this case.

So ordered on December 7, 2020.

                                                                            JAMES WESLEY HENDRIX
                                                                            UNITED STATES DISTRICT JUDGE